**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **THE PARISH OF JEFFERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-5206** |
| **DESTIN OPERATING COMPANY, INC., ET AL.** | **SECTION: R(1)** |

### ORDER REALLOTTING CASE

Defendant LLOG Exploration & Production Company, LLC is represented by Jones, Walker, Waechter, Poitevent, Carrere & Denegre, in which the undersigned's husband, R. Patrick Vance, is a partner. I am therefore required to disqualify myself from acting on this case by 28 U.S.C. § 455 and Canon 3-C(1) of the Code of Judicial Conduct.

Accordingly,

**IT IS ORDERED** that the Clerk of Court reallot this matter to another section of this Court.

New Orleans, Louisiana, this 214th day of May, 2018.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**

5/24/18
REALLOTTED TO
**SECT. L**