UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| THE PARISH OF JEFFERSON,<br>*Plaintiff* | * | CIVIL ACTION |
| | * | |
| | * | NUMBER: 18-5206 |
| VERSUS | * | |
| | * | SECTION: "L" (1) |
| DESTIN OPERATING COMPANY, INC.,<br>ET AL.,<br>*Defendants* | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JANIS VAN MEERVELD |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. §455, the undersigned hereby recuses herself from handling the above-captioned matter. The Clerk is directed to re-allot the matter to another Magistrate Judge.

New Orleans, Louisiana, this 25th day of May, 2018.

_____
Janis van Meerveld
United States Magistrate Judge



5/25/18
REALLOTTED TO
**MAG 2**