UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THE PARISH OF JEFFERSON** | * | **CIVIL ACTION: 2:18-cv-05206** |
| | * | |
| **VERSUS** | * | **JUDGE FALLON** |
| | * | |
| **DESTIN OPERATING COMPANY, et al.** | * | **MAGISTRATE JUDGE WILKINSON** |

******************************************

## MOTION TO LIFT STAY PENDING APPEAL

Comes Now Plaintiff, the Parish of Jefferson, and Intervenors, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris, and the State of Louisiana *ex rel.* Jeff Landry, Attorney General, to move the Court for an order lifting the stay pending appeal previously ordered by this Court.

1.

This Court issued an order of remand on February 27, 2023, and a letter transmitting jurisdiction to the state district court was mailed by the federal clerk on February 28, 2023. Doc. 80, Doc 80-1. Immediately thereafter, Defendants moved the Court to reconsider its order of remand. Doc. 82. This motion was denied. Doc. 93. Defendants then moved to stay this Court's previously issued remand order pending appeal. Doc. 94. This Court granted Defendants' motion. Doc. 100,

2.

For the reasons set forth in the attached memorandum, this Court was without jurisdiction to enter a stay pending appeal. Therefore, Plaintiff and Intervenors move the court for an order lifting the stay pending appeal.

Wherefore, Plaintiff and Intervenors pray that this court enter an order lifting the stay pending appeal. Doc. 100.

*By Attorneys for Plaintiff, the Parish of Jefferson and State of Louisiana, ex rel. Parish of Jefferson:*

Donald T. Carmouche (2226)
Victor L. Marcello (9252)
John H. Carmouche (22294)
William R. Coenen, III (27410)
Brian T. Carmouche (30430)
Todd J. Wimberley (34862)
Ross J. Donnes (33098)
D. Adele Owen (21001)
Leah C. Poole (35092)
Christopher D. Martin (30613)
Michael L. Heaton (38773)
TALBOT, CARMOUCHE & MARCELLO
17405 Perkins Road
Baton Rouge, LA 70810
Telephone: (225) 400-9991
Fax: (225) 448-2568

Philip F. Cossich, Jr. (1788)
Darren Sumich (23321)
David A. Parsiola (21005)
Brandon J. Taylor (27662)
COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.
8397 Highway 23, Suite 100
Belle Chasse, LA 70037-2648
Telephone: (504) 394-9000
Fax: (504) 394-9110

Bruce D. Burglass, Jr. (1411)
Andre' C. Gaudin (20191)
Scott O. Gaspard (23747)
BURGLASS & TANKERSLEY, LLC
5213 Airline Drive
Metairie, LA 70001-5602
Telephone: (504) 836-0407; Fax: (504) 287-0447

By:  /s/Victor L. Marcello (9252)

*By Attorneys for Intervenor-Plaintiff, the State of Louisiana, through the Department of Natural Resources, Office of Coastal Management and its Secretary, Thomas F. Harris:*

J. Blake Canfield (30426)
Executive Counsel
Donald W. Price (19452)
Special Counsel
DEPARTMENT OF NATURAL RESOURCES
Post Office Box 94396
Baton Rouge, LA 70804

By:  /s/ Donald W. Price (19452)


*By Attorney for Intervenor-Plaintiff, the State of Louisiana, ex rel. Jeff Landry, Attorney General:*

Ryan M. Seidemann, (28991)
Assistant Attorney General
LOUISIANA DEPARTMENT OF JUSTICE
1185 North 3rd Street
Baton Rouge, LA 70802
Telephone: (225) 326-6085
Fax: (225) 326-6099

By:  /s/ Ryan M. Seidemann (22294)