# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 29, 2026
Lyle W. Cayce
Clerk

No. 23-30225

Jefferson Parish,

*Plaintiff—Appellee*,

Louisiana State, *ex rel. Elizabeth B. Murrill, Attorney General*; Louisiana State, *ex rel Parish of Jefferson*; Louisiana State, *through the Louisiana Department of Natural Resources Office of Coastal Management and its Secretary, Dustin Davidson*,

*Intervenor Plaintiffs—Appellees*,

*versus*

Chevron USA Holdings, Incorporated; Atlantic Richfield Company; Chevron USA, Incorporated; BP America Production Company,

*Defendants—Appellants*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:18-CV-5206

CLERK'S OFFICE:

Under Fed. R. App. P. 42(b), the appeal is partially dismissed as to appellants ConocoPhillips Company and Louisiana Land and Exploration Company, L.L.C. as of September 29, 2026, pursuant to appellants' motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

S. Rasheed

By: ______________________
Shatyra Rasheed, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT